COOPER v. STATE.
No. 24184.

Court of Criminal Appeals of Texas.

Dec. 1, 1948.

See also 206 S.W.2d 835.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Selling whisky in a dry area is the offense; the punishment, a fine of $250 and ninety days in jail.

The record is before us without a statement of facts or bills of exception.

Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.